1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )    CR No.: 3-08-70181 MAG
14                                  )
                                    )
15          Plaintiff,              )    **STIPULATION AND [PROPOSED]**
                                    )    **ORDER EXCLUDING TIME**
16      v.                          )
                                    )
17 PETER RAYMOND JUNEAU             )
                                    )
18                                  )
            Defendant.              )
19 _____  )

20

21     On May 27, 2008, the parties in this case appeared before the Court for a preliminary

22 hearing.  At that time, the parties requested and the Court agreed to continue the hearing to June

23 24, 2008.  The parties further stipulated that pursuant to Federal Rule of Criminal Procedure

24 (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from May 27, 2008, to and

25 including June 24, 2008.  The parties agree that – taking into account the public interest in

26 prompt disposition of criminal cases – good cause exists for this extension.  Defendant also

27 agrees to exclude for this period of time any time limits applicable under Title 18, United States

28 Code, Section 3161.  This continuance is the reasonable time necessary for continuity of defense

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 MAG

counsel and effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: 6/20/08        /s/   Owen Martikan
        OWEN P. MARTIKAN
        Assistant United States Attorney

DATED: 6/19/08        /s/
        RONALD C. TYLER
        Attorney for Peter Raymond Juneau

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that an exclusion of time from May 27, 2008, to and including June 24, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny Mr. Juneau continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: June 20, 2008        _____
        HON. EDWARD M. CHEN
        United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 MAG