1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,      )   CR No.: 3-08-70181 MAG
14                                )
                                  )
15           Plaintiff,            )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER EXCLUDING TIME**
16       v.                        )
                                  )
17 PETER RAYMOND JUNEAU,           )
                                  )
18                                )
           Defendant.              )
19 _____)

20

21     On June 24, 2008, the parties in this case appeared before the Court for a preliminary hearing.

22 At that time, the parties requested and the Court agreed to continue the hearing to July 10, 2008.

23 The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d),

24 the time limits set forth in FRCP 5.1(c) be excluded from June 24, 2008, to and including July

25 10, 2008. The parties agree that – taking into account the public interest in prompt disposition of

26 criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this

27 period of time any time limits applicable under Title 18, United States Code, Section 3161. This

28 continuance is the reasonable time necessary for continuity of defense counsel and effective

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 MAG

1  preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C.
2  § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by granting such a
3  continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18
4  U.S.C. § 3161(h)(8)(A).
5  SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 6/25/08

OWEN P. MARTIKAN
Assistant United States Attorney

DATED: 6/24/08

RONALD C. TYLER
Attorney for Peter Raymond Juneau

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that an exclusion of time from June 24, 2008, to and including July 10, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny Mr. Juneau continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 6/25/08

HON. NANDOR J. VADAS
United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 MAG