| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 1 min | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** | | **DEPUTY CLERK** | | **REPORTER/FTR** | | | |
| **MINUTE ORDER** | | Lashanda Scott | | 9:54-9:55 | | | |
| MAGISTRATE JUDGE | | DATE | | NEW CASE | | CASE NUMBER | |
| Nandor J. Vadas | | July 9, 2008 | | ☐ | | 3-08-70181 JCS | |

| APPEARANCES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DEFENDANT | | AGE | CUST | P/NP | | ATTORNEY FOR DEFENDANT | | PD. ☐ RET. ☐ | |
| Peter Juneau | | | Y | P | Peter Goodman | | | APPT. ☐ | |
| U.S. ATTORNEY | | INTERPRETER | | | FIN. AFFT | | COUNSEL APPT'D | | |
| Rob Rees for Owen Martikin | | | | | SUBMITTED | | | | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR | | PARTIAL PAYMENT ☐ | | | |
| | Josh Libby | | | APPT'D COUNSEL ☐ | | OF CJA FEES | | | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☒ PRELIM HRG not held | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☒ STATUS | |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT not held | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOVAL HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | | |

FILED
JUL 0 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ARRAIGNMENT | | | | |
|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| TO: 7/24/2008 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET | |
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN- MENT | | ☐ CHANGE OF PLEA | | ☐ OTHER | |
| BEFORE HON. MEJ | ☐ DETENTION HEARING | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING | |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING | |

| ADDITIONAL PROCEEDINGS |
|---|
| Counsel will prepare a stipulation and proposed order waiving/excluding time. |
| cc: NJV, Pretrial, MEJ |

DOCUMENT NUMBER: